**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Adrian Arrington

                        Plaintiff,

v.                                       Case No.: 1:11−cv−06356
                                        Honorable Sharon Johnson Coleman

National Collegiate Athletic Association, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 19, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 10/19/2011. Plaintiffs' joint motion for appointment of interim class counsel [19] is granted. Consolidated complaint to be filed by 11/18/2011 to include case 11 C 6816 reassigned to Judge Coleman from Judge Dow. Status hearing set for 11/4/2011 is stricken and reset to 11/21/2011 at 9:00 a.m. The Court to set date to file answer and other pertinent dates at said status. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.