IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN ARRINGTON, DEREK OWENS, and ANGELA PALACIOS, individually and on behalf of all others similarly situated, | Case No. 11-cv-06356 |
| Plaintiffs, | Judge John Z. Lee |
| vs. | Magistrate Judge Geraldine Soat Brown |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| Defendant. | |

## ORDER ESTABLISHING
## ELECTRONIC DISCOVERY PROTOCOL

## I. DEFINITIONS

**A.** **"Electronically stored information"** or **"ESI,"** as used herein, means and refers to computer generated information or data of any kind, stored in or on any storage media located on computers, file servers, disks, tape or other real or virtualized devices or media. Non-limiting examples of ESI include:

- Digital communications (e.g., e-mail, voice mail, instant messaging);

- E-Mail Server Stores (e.g., Lotus Domino .NSF or Microsoft Exchange .EDB)

- Word processed documents (e.g., Word or WordPerfect files and drafts);

- Spreadsheets and tables (e.g., Excel or Lotus 123 worksheets);

- Accounting Application Data (e.g., QuickBooks, Money, Peachtree data);

- Image and Facsimile Files (e.g., .PDF, .TIFF, .JPG, .GIF images);

- Sound Recordings (e.g., .WAV and .MP3 files);

- Video and Animation (e.g., .AVI and .MOV files);

• Databases (e.g., Access, Oracle, SQL Server data, SAP);

• Contact and Relationship Management Data (e.g., Outlook, ACT!);

• Calendar and Diary Application Data (e.g., Outlook PST, blog entries);

• Online Access Data (e.g., Temporary Internet Files, History, Cookies);

• Presentations (e.g., PowerPoint, Corel Presentations);

• Network Access and Server Activity Logs;

• Project Management Application Data;

• Computer Aided Design/Drawing Files;

• Backup and Archival Files (e.g., Veritas, Zip, .GHO); and

• Cloud based or other virtualized ESI, including application, infrastructure and data.

B.     **"Native data format"** means and refers to the format of ESI in which it was generated and/or as used by the producing party in the usual course of its business and in its regularly conducted activities.

C.     **"Metadata"** means and refers to information about information or data about data, and includes without limitation (i) information embedded in or associated with a native file that is not ordinarily viewable or printable from the application that generated, edited, or modified such native file which describes the characteristics, origins, usage and/or validity of the electronic file and/or (ii) information generated automatically by the operation of a computer or other information technology system when a native file is created, modified, transmitted, deleted or otherwise manipulated by a user of such system.

D.     **"Static Image"** means or refers to a representation of ESI produced by converting a native file into a standard image format capable of being viewed and printed on standard computer systems.

E.     **"Documents"** includes writings, drawings, graphs, charts, photographs, sound recordings, images, and other data, data records or data compilations — stored in any medium from which information can be obtained.

F.     **"Media"** means an object or device, real or virtualized, including but not limited to a disc, tape, computer or other device, on which data is or was stored.

G.     **"Processed Native"** means a native file that has been extracted from a review database.

## II.     SEARCH TERMS FOR COLLECTING ELECTRONIC DOCUMENTS

The Parties will cooperate in good faith regarding the disclosure and formulation of appropriate search terms and protocols in advance of any search to collect ESI.  With the objective of limiting the scope of review and production, and thereby reducing discovery burdens, the parties shall meet and confer as early as possible, and in advance of any producing party search commencement, to discuss, *inter alia*:

- Pre-search-commencement disclosure of all search terms, including semantic synonyms. Semantic synonyms shall mean without limitation code words, terms, phrases or illustrations, acronyms, abbreviations, or non-language alphanumeric associational references to relevant ESI, or information that may lead to relevant ESI.

- Post-search error sampling and sampling/testing reports.

The parties will continue to meet and confer regarding any search process issues as necessary and appropriate.  This ESI protocol does not address or resolve any other objection to the scope of the parties' respective discovery requests.

## III.     FORMAT OF PRODUCTION

A.     **Document Image Format.**  Unless otherwise agreed to in writing by a requesting

party, ESI shall be produced in TIFF format, together with all associated Metadata identified in Appendix A. In such cases where production in TIFF format is not possible or advisable, *see infra* Section III.B. (e.g., Excel or PowerPoint documents), Processed Native format files shall be produced. Accompanying this TIFF shall be a multipage text (.TXT) file containing searchable text from the Processed Native file, the metadata as discussed later in this document, and a link to the Processed Native file, except in the case of redacted documents no Processed Native link will be provided. The parties are not obligated to populate manually any of the fields in Appendix A if such fields cannot be extracted from a document, with the exception of the CUSTODIAN, VOLUME, and TIMEZONEPROCESSED, which shall be populated by the producing party. Load files of the static images should be created and produced together with their associated static images to facilitate the use of the produced images by a document management or litigation support database system. The parties shall meet and confer to the extent reasonably necessary to facilitate the import and use of the produced materials with commercially available document management or litigation support software.

      **B.**    **Processed Native Format.** Unless otherwise agreed to in writing by a requesting party, production of various file types, including but not limited to MS Excel spreadsheets, MS PowerPoint documents, media files, Microsoft documents with embedded media files, documents with "macros," etc., which lose significant information and meaning when produced as an image, shall be produced in Processed Native format. Any Processed Native files that are produced shall be produced with a Bates-numbered TIFF image slip-sheet stating that the document has been produced in Processed Native format. Any Processed Native files that are produced shall be produced with the extracted text and applicable metadata fields set forth in Appendix A. If a file subject to this subsection originates in ESI but needs to be redacted before

production, the file will be rendered in TIFF, and the TIFF will be redacted and produced. However, to the extent that the text is searchable in Processed Native format, the producing party will still provide searchable text for those portions of the document that have not been redacted.

**C.     Production of Structured Data.**  To the extent a response to discovery requires production of discoverable electronic information contained in a database, in lieu of producing the database, the parties shall meet and confer to, with an understanding of which fields are relevant, agree upon a set of queries to be made for discoverable information and generate a report in a reasonably usable and exportable electronic file (e.g., Excel or CSV format) for review by the requesting party or counsel.  Upon review of the report(s), the requesting party may make reasonable requests for additional information to explain the database schema, codes, abbreviations, and different report formats or to request specific data from identified fields.

If a producing party asserts that certain ESI is inaccessible or otherwise unnecessary or inadvisable under the circumstances, or if the requesting party asserts that, following production, certain ESI is not reasonably usable, the parties shall meet and confer with their respective technology experts to discuss resolving such assertions.  If the parties cannot resolve any such disputes after such a meet and confer has taken place, the issue shall be presented to the Court for resolution.

**D.     Production of Physical Documents.** Documents or records which either were originally generated or instantiated as ESI but now only exist in physical hard-copy format, or documents or records that were originally generated in hard-copy format shall be converted to a single page .TIFF file and produced following the same protocols set forth herein or otherwise agreed to by the parties.

**E.     Document Unitization.**  For files not produced in their Processed Native format,

each page of a document shall be electronically saved as an image file. If a document consists of more than one page, the unitization of the document and any attachments and/or affixed notes shall be maintained as it existed in the original when creating the image files.

The producing party shall produce a unitization file ("load file") for all produced Documents in accordance with the following formatting, including a separate load file for Processed Native Documents:

**<u>OCR and Extracted Text Files (.TXT Files)</u>:**

- Single text file per document containing all the document's pages

- Pages separated by form feed character (decimal 12, hex 0xC)

- Filenames should be of the form:

  <Bates num>.txt

  Where <Bates num> is the BATES number of the first page in the document.

- Text must be encoded in UTF-8.

**<u>Images Files</u>:**

- Single page per image

- Single image per file

- TIFF is default FORMAT unless the following formats are agreed to: jpeg, jpeg2000, giff, png, single image tiff, and bmp

- Filenames should be of the form:

  <Bates num>.<ext>

  Where <Bates num> is the BATES number of the page, and <ext> is the

  appropriate extension for the image format (.jpg, .tif, .png, etc)

**Index Files**:

- Comma Separated Value (.CSV) files (commonly .DAT files)

- First line must contain the column/field names (set forth in Paragraph 1(c) herein)

- Every row must have the same number of columns/fields (empty values are acceptable)

- Text must be encoded in UTF-8

- Values must be enclosed by decimal 17, hex  0x11 (ascii device control 1)

- Values must be separated by decimal 19, hex  0x13 (ascii device control 3)

**Processed Native Index Files**:

- .CSV files

- All lines contain data – first row must NOT contain column headers.

- Every row must have 2 columns/fields (empty values are NOT acceptable)

    - First column/field must contain the BATES number for the document

    - Second column/field must contain the filename (NOT the full path) of the Processed Native file.  Filenames must be unique in the production – unless the content is identical (for example, a Processed Native and an OCR text file may both be named XYZ01234567.TXT if they are identical).

- Text must be encoded in UTF-8

- Values must be enclosed by double quotes (ascii character 34)

- Values must be separated by a comma (ascii character 44)

**F.     Duplicates.**   Removal of duplicate documents shall only be done on exact duplicate documents (based on MD5 or SHA-1 hash values at the document level) across all custodians (global), and the Custodian field will list each Custodian, separated by a semicolon, who was a source of that document prior to deduplication.  If a party is unable to provide such information within the Custodian field, or if global deduplication could otherwise limit the ability to prove that a particular document was possessed by a custodian, then removal of duplicate documents shall only be done on exact duplicate documents (based on MD5 or SHA- 1 hash values at the document level) within a source (custodian). Where any such documents have attachments, hash values must be identical for both the document-plus-attachment (including associated metadata) as well as for any attachment (including associated metadata) standing alone.

**G.     Color.**   For files not produced in their Processed Native format, if an original document contains color, the producing party may produce black and white image(s).  At the request of the receiving party, the parties shall meet and confer to discuss production of color image(s) for specific documents.

**H.     Bates Numbering and Other Unique Identifiers**. For files not produced in their Processed Native format, each page of a produced document shall have a legible, unique page identifier ("Bates Number") electronically "burned" onto the TIFF image in such a manner that information from the source document is not obliterated, concealed, or interfered with.  There shall be no other legend or stamp placed on the document image unless a document qualifies for confidential treatment pursuant to the terms of the Agreed Confidentiality Order or Stipulated Qualified HIPAA Protective Order entered by this Court in this litigation (see Dkt. # 56-57), or has been redacted in accordance with applicable law or Court order.  In the case of confidential

materials as defined in the Agreed Confidentiality Order, or materials redacted in accordance with applicable law or Court order, a designation may be "burned" onto the document's image at a location that does not obliterate or obscure any information from the source document.

      **I.**      **Production Media.**  Documents shall be produced on CD-ROM, DVD, external hard drive (with standard PC compatible interface), or such other readily accessible computer or electronic media as the parties may hereafter agree upon (the "Production Media").  Each item of Production Media shall include: (1) text referencing that it was produced in *Arrington v. National Collegiate Athletic Association, (Case No. 1:11-cv-6356)*, (2) the type of materials on the media (e.g., "Documents," "OCR Text," "Objective Coding," etc.), (3) the production date, and (4) the Bates number range of the materials contained on such Production Media item.  The documents contained on the media shall be organized and identified by custodian, where applicable.

      **J.**      **Electronic Text Files.**  For files not produced in their Processed Native format, text files for produced documents shall be produced reflecting the full text that has been electronically extracted from the original, Processed Native electronic files ("Extracted Text"). The Extracted Text shall be provided in ASCII text format and shall be labeled and produced on Production Media in accordance with the provisions of paragraph II.I above, "Production Media."  The text files will be named with the unique Bates number of the first page of the corresponding document followed by the extension ".txt."

      **K.**      **Metadata.**  The parties' production of Metadata will be provided in connection with Processed Native format data, and includes without limitation, file, application and system metadata.  Where non- Processed Native format data is produced, the Metadata fields identified in Appendix A will be extracted and produced (to the extent available).

      **L.**      **Attachments.**  Email attachments and embedded files or links must be mapped to

their parent by the Document or Production number. If attachments and embedded files are combined with their parent documents, then "BeginAttach" and "EndAttach" fields listing the unique beginning and end number for each attachment or embedded document must be included.

      **M.** **Microsoft "Auto" Feature and Macros.** Microsoft Word (.doc), Microsoft Excel (.xls) and Microsoft PowerPoint (.ppt) documents should be analyzed for the "auto" features, where documents have an automatically updated date and time in the document, file names, file paths, or similar information that when processed would be inaccurate for how the document was used in the ordinary course of business. If "auto date," "auto file name," "auto file path," or similar features are identified, the produced document shall be branded with the words "Auto Date," "Auto File Name," "Auto File Path" or similar words that describe the "auto" feature. Similarly, if a document contains a "macro," the document shall be branded with the word "Macro."

      **N.** **Embedded Objects**. Objects embedded in Microsoft Word and .RTF documents, which have been embedded with the "Display as Icon" feature, will be extracted as separate documents and treated like attachments to the document. Other objects embedded in documents shall be produced as Processed Native files.

      **O.** **Compressed Files.** Compression file types (i.e., .CAB, .GZ, .TAR, .Z, .ZIP) shall be decompressed in a reiterative manner to ensure that a zip within a zip is decompressed into the lowest possible compression resulting in individual folders and/or files.

**IV.** **OBJECTIONS TO ESI PRODUCTION**

      **A.** For files not produced in their Processed Native format, documents that present imaging or format production problems shall be promptly identified and disclosed to the requesting party; the parties shall then meet and confer to attempt to resolve the problems.

B.      If either party objects to producing the requested information on the grounds that such information is not reasonably accessible because of undue burden or cost, or because production in the requested format is asserted to be not reasonably accessible because of undue burden or cost, and before asserting such an objection, the responding party will inform the requesting party of the format in which it is willing to produce it, the nature and location of the information claimed to not be reasonably accessible, the reason(s) why the requested form of production would impose an undue burden or is unreasonably costly, and afford the requesting party 10 business days from receipt of such notice to propose an alternative means of compliance with the request. Such proposal may include alternative cost estimates for ESI discovery production, may offer a proposal for ESI discovery cost allocation, or both.  Notwithstanding anything contained herein to the contrary, a producing party shall not produce ESI in a format not requested or designated by the requesting party unless (i) the parties have met and conferred, and, having been unable to resolve such format production conflict at such meet and confer session, (ii) prior to referral to and resolution of such issue by the court.

C.      If a party believes that responsive ESI no longer exists in its original format, or is no longer retrievable, the responding party shall explain where and when it was last retrievable in its original format, and disclose the circumstances surrounding the change in status of that ESI, including the date of such status change, the person or persons responsible for such state change, the reason or reasons such ESI is no longer retrievable in that format, and whether any backup or copy of such original ESI exists, together with the location and the custodian thereof.

## V.      PRIVILEGE AND WORK PRODUCT CLAIMS

For any document withheld in its entirety or produced but redacted, the producing party will produce privilege/redaction logs in Excel format or any other format that permits

11

electronic sorting and searching, except that the Parties shall have no obligation to log information generated after the date of commencement of this lawsuit. A producing party will produce a separate privilege/redaction log for each production within 45 days after the production of documents for which a privilege is asserted. When there is a chain of privileged e-mails, the producing party need only include one entry on the privilege/redaction log for the entire e-mail chain and need not log each e-mail contained in the chain separately. The producing party and the receiving party may modify the deadlines for production of privilege/redaction logs by agreement.

For each document withheld or redacted, the producing party's privilege/redaction logs shall include the following information:

(a)     Custodian or source;

(b)     Date;

(c)     Author(s);

(d)     For documents produced, but redacted on the ground of privilege, the starting and ending Bates number;

(e)     Recipient(s), CC(s) and BCC(s) (for e-mail and hard-copy communication such as letters and internal memoranda);

(f)     Specification of the privilege claimed;

(g)     A description of the document and the basis for the privilege claim.

Following the receipt of a privilege/redaction log, a receiving party may identify, in writing, the particular documents that it believes require further explanation. Within fourteen (14) days of such an identification, the producing party must respond to the request. If a party challenges a request for further information, the parties shall meet and confer to try to reach

a mutually agreeable solution. If they cannot agree, the matter shall be brought to the Court.

All other issues of privilege, including the production of privileged or protected documents or information, shall be governed by the Agreed Confidentiality Order entered by the Court in this litigation. Officers, directors, employees, agents, and legal counsel, are referred to as the "Parties" solely for the purposes of this Protocol.

## VI. CATEGORIES OF ESI DISCOVERABLE ONLY UPON A SHOWING OF GOOD CAUSE

The following categories of ESI are discoverable only upon a showing of good cause: (1) "deleted," "slack," "fragmented," or "unallocated" data on hard drives; (2) random access memory (RAM) or other ephemeral data; (3) on-line access data such as temporary internet files, history, cache, cookies, etc.; (4) data in metadata fields that are frequently updated automatically, such as last-opened dates; and (5) backup data that is substantially duplicative of data that is more accessible elsewhere.

## VII. MISCELLANEOUS

A.    This Stipulated Order is not intended to govern any protections or restrictions related to the production of privileged litigation material. The Parties have separately addressed the process for handling the production of privileged litigation materials in the Agreed Confidentiality Order and Stipulated Qualified HIPPA Protective Order.

B.    When documents are recalled under the clawback provision of the Agreed Confidentiality Order, the parties shall follow the specific protocol set forth in the Agreed Confidentiality Order and the receiving party shall ensure that all copies of each such document are appropriately removed from its document review system.

C.    If a document that has been designated as Confidential Information under the Agreed Confidentiality Order is printed for any reason, only the TIFF image will be printed,

except where no TIFF image has been provided pursuant to Sections III.A and III.B, *supra*. If a document is used in a deposition, filing, hearing or any other proceeding in this case, only the TIFF image will be printed and used, except where no TIFF image has been provided pursuant to Sections III.A and III.B, *supra*.

IT IS SO ORDERED

Dated: June 12, 2012                    By: _____
                                            Hon. Geraldine Soat Brown
                                            UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

| FIELD NAME | DESCRIPTION | EXAMPLE |
|---|---|---|
| BegControl | Beginning Bates Number | ABC00000001 |
| EndControl | Ending Bates Number | ABC00000003 |
| BegAttach | The beginning document number range of all attachments. | ABC00000001 |
| EndAttach | The ending document number range of all attachments. | ABC00000020 |
| ParentID | Parent document ID of an attachment. | ABC00000001 |
| AttchIDs | IDs of attached documents. | ABC0000004; ABC0000008 |
| IsParent | Identifies if a document is a Parent or Attachment. | P or A |
| Subject | Contains the the Subject value assigned to the email or e-Doc. Subject(E)is the Email Subject for Outlook, Outlook Express Emails and Lotus Notes. Outlook emails contain the Subject field as well. Also, the Subject field is very common for e-Docs ( Rich Text Format, Microsoft Excel, Word, Access, Power Point, Adobe Acrobat, Mac Word 5.x, Visio 2003, Visio 6 Document Properties). The TaskSubject is a field contained by Outlook emails and has the same value as Subject(E) and Subject. The _EmailSubject field is contained by Outlook emails (.MSG) and the value of this field is the same as the email subject with the exception that these values do not reflect the Re: or Fw. MailSubject is a field contained by emails that come from Package PDFs. | Subject (E)=FW: Dust Control , Subject=FW: Dust Control, TaskSubject=FW: Dust Control,_EmailSubject=Dust Control Eval. |
| DocTitle | The Title field is contained by eDocs (Rich Text Format, Microsoft Excel, Word, Access, Power Point, Adobe Acobat, Mac Word 5.x, Visio 2003, Visio 6 Document Properties). The value of this field is defined by the user and can be different than the Filename. | Confidential |
| FileExtension | Contains the file extension of the document. | DOC, PDF |
| FileSize | Contains the File Size of the document in KB. | 25 KB |
| ApplicationName | Contains the name of the software the file was created in. The Application field is contained by Outlook Emails. The Application Name list the name of the software the file was created in. This field is contained by e-Doc types: Microsoft Excel, Word, Access, Power Point, Project, Visio Document Properties. The name of the software the file was created in is listed under the Source field. The Creator field is contained by Adobe PDF files. | Application= Outlook, Application Name= Microsoft Word 9.0,Source= Microsoft Office Word, Creator= Acrobat PDFMaker 6.0 for Word |
| PageCount | Lists the total number of pages corresponding to the document. | 16 |
| OriginalName | Contains the filename and extension. | Name=Agreement.doc |
| OriginalPath | Contains the partial path from where the file was discovered. | Relative Path for an Email = \Sample Data\Mailstore.pst\Sent Relative Path for an Email Attachment =\Sample Data\Mailstore.pst\Sent\0000 0000126DD081618D8F4GBF BF70E6BF83598F24072000. msg Relative Path for a loose file is the folder the file was contained =\Sample Data |
| Custodian | Contains the name of the custodian. | Smith, John |

| HashValue | This value is generated based on the properties of the file and used for deduplication. For emails, this value is generated based on the values contained by the selected metadata fields. For e-Docs, eCapture uses an algorithm. | 92D7DE140C1E9DE97606C 9F10C97139D |
|---|---|---|
| DocDate | Contains the DocDate value for emails and e-Docs. This group field is populated by the first of the following fields which contains a value: Sent Date*DATE ONLY*- property contained by sent emails. Date Sent*Date Only* -property in Rich Text Format Document Properties Date last saved*Date Only* - property contained by e-Docs Last Modified*Date Only* - property contained by emails and e-Docs | 1/9/2009 |
| ParentDate | Date of parent document assigned to all records in an attachment range. For email, EmailSentDate is populated as the parent date. For other document types, DocLastModified Date is assigned to all records in an attachment range. | 1/9/2009 |
| DocLastModifiedDate | Contains the date the document was last modified. The Last Modified*Date Only* is the internal last modified date of the document, while the Last Modified File System*DATE ONLY* is the system date. The System date is used only if the internal date field is blank. | 5/25/2005 |
| DocLastModifiedTime | Contains the time the document was last modified on. The Last Modified*Time Only* is the internal last modified Time of the document, while the Last Modified File System*Time ONLY* is the extenal/ system Time.The System Time is used only if the internal time field is blank. | 10:50:04 PM |
| EmailSentDate | Contains the date the email was sent. Sent Time*Date ONLY*- property contained by sent Outlook, Lotus Notes and Groupwise emails . The Date Sent*Date Only* is a property contained by RTF (Rich Text Format) documents. | 1/9/2009 |
| EmailSentTime | Contains the time the email was sent. Sent Time*Time ONLY*- property contained by sent Outlook, Lotus Notes and Groupwise emails . The Date Sent*Time Only* is a property contained by RTF (Rich Text Format) documents. | 10:41:04 AM |
| EmailReceivedDate | Contains the date the email was received. The Received Date*Date Only* is contained by Outlook emails, while Delivered Date *Date ONLY* is contained by Lotus Notes and GroupWise emails. | 5/25/2005 |
| EmailReceivedTime | Contains the time the email was received. The Received Date*Time Only* is contained by Outlook emails, while Delivered Date *TIME ONLY* is contained by Lotus Notes and GroupWise emails. | 10:50:04 PM |
| CreateDate | Contains the date the document was created. This group field is populated by the first of the following fields which contains a value: Date created *Date Only*- is an internal field contained by Microsoft Office Products and Adobe Acrobat (PDF) Document Properties Creation date(E) *Date Only* -is contained by emails contained by Mailstores only. Creation Date*Date Only* - is a system field contained by e-Docs and loose emails. | 5/25/2005 |

| CreateTime | Contains the time the document was created. This group field is populated by the first of the following fields which contains a value: Time created *Time Only*- is an internal field contained by Microsoft Office Products and Adobe Acrobat (PDF) Document Properties Creation Time(E) *Time Only* -is contained by emails contained by Mailstores only. Creation Time*Time Only* - is a system field contained by e-Docs and loose emails. | |
|---|---|---|
| Author | Contains the name of the author for emails and e-Docs. Sender combined is an email Field in MIME Outlook EML, Lotus Notes DXL,Groupwise message in XML format, Microsoft Outlook Message File, MIME Mail The Author field contains the name of the sender. The Author field is in the Document Properties of Microsoft Excel, Word, Access, Power Point, Visio. MailFrom is contained by emails that come from Packaged PDFs. | SenderCombined= Paul Edwards </O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PAUL.LANIER82220>, From= Smith, John, Author= Doug H , MailFrom=John.Smith@XYZ.net |
| FromOnly | Contains the name of the email sender. Sender combined is an email Field in MIME Outlook EML, Lotus Notes DXL,Groupwise message in XML format, Microsoft Outlook Message File, MIME Mail. The From field contains the name of the sender. MailFrom is contained by emails that come from Packaged PDFs. | SenderCombined= Paul Edwards </O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PAUL.LANIER82220>, From= Smith, John, MailFrom=John.Smith@XYZ.net |
| Recipient | Contains the name, email address or domain of the primary recipients. MailTo is contained by emails that come from PackagedPDFs. | mwinter@abc.net <Mary Winter>; jsmith@abc.net <Jane J. Smith> , Andrea Jones <CN=Andrea Jones/OU=IOWS/O=OWWJC@OWW> , MailTo=John.Smith@XYZ.net |
| CC | Contains the name, email address or domain of the recipients that were carbon copied on the email. MailCC is contained by emails that come from PackagedPDFs. | mwinter@abc.net <Mary Winter>; jsmith@abc.net <Jane J. Smith> ; Andrea Jones <CN=Andrea Jones/OU=IOWS/O=OWWJC@OWW> |
| BCC | Contains the name, email address or domain of the recipients that were blind carbon copied on the email. This field can be extracted only from the emails contained by the Send folder of the sender. MailBCC is contained by emails that come from Packaged PDFs. | mwinter@abc.net <Mary Winter>; jsmith@abc.net <Jane J. Smith> ; Andrea Jones <CN=Andrea Jones/OU=IOWS/O=OWWJC@OWW> |
| AttachmentNames | Contains the name of the attachments. The Attachment List is an email field in MIME Outlook EML, Lotus Notes DXL,Groupwise message in XML format, Microsoft Outlook Message File, MIME Mail. Mail Attachments is contained by emails that come from Package PDFs. | Contract.pdf |
| AttachCount | Indicates the total number of attachments. | 4 |

| MessageID | Contains the Message ID of the email header. | Message-Id <OF3DCA0C95.E89B6831-ON86257471.006EFF47-86257471.006FB484@XYZ.COM> |
|---|---|---|
| UnReadFlag | Contains a Boolean value (True/ False) which indicates if the email was read or not. | True or False |
| ImportanceFlag | Indicates the importance level of the Email and it is contained by Microsoft Outlook Message File Properties and Lotus Notes. | High, Normal |
| ProcessedNativeLink | Contains the export path to the processed native file. | X:\Projects\PEDD_Exports\CD1\VOL001\OF_0001\0000095\Contract.pdf |
| ConversationIndex | Property contained by Microsoft Outlook Emails. A conversation thread represents a series of messages and replies. This property is usually implemented using concatenated time stamp values. | 01C81816BCFC9D910FC1203E47C88DEDFBB633CACEA80043BB6860 |
| MessageHeader | A message header contains optional metadata that describe a message encapsulated by the Message class. This Message Header is contained by Microsoft Outlook Emails and MailTransportHeader by emails from PDF Packages. | Received: from MSPM2BMSGH02.ent.core.xyz.com (222.22.223.22) by MSP.ent.core.xyz.com (20.28.22.29) with Microsoft SMTP Server id 8.2.220.2; Mon, 22 Mar 2008 29:22:33 -0200 Received: from abc.xyz.com ([222.22.222.222]) by MSP.ent.core.xyz.com with Microsoft SMTPSVC (2.0.3290.2299); Mon, 22 Mar 2008 29:22:33 -0200 Received: from mspinfrasym2. corp.xyz.com ([20.28.22.222]) by abc.xyz.com (8.23.2/8.23.2) with ESMTP id m2I0fWMN002298; Mon, 22 Mar 2008 29:22:32 -0200 (CDT) Received: from msp2.corp.xyz.com (unknown [222.0.0.2]) by mspinfrasym2.corp.xyz.com (Symantec Mail Security) with ESMTP id DA28E28C002; Mon, 22 Mar 2008 02:20:22 -0200 (CST) X-AuditID: 0a30322f-a92d2bb0000029d2-22-22de22e2aa2d |
| RecipientAddresses | Contains the email addresses corresponding to the primary recipients. | John.Smith@abc.net |
| RecipientNames | Contains the names corresponding to the primary recipients. | John Smith ; Smith, John |
| CCRecipientAddresses | Contains the email addresses corresponding to the carbon copied recipients. | mmurray@xyz.com; mquick@xyz.com; jjosey@xyz.com |
| CCRecipientNames | Contains the names corresponding to the carbon copied recipients. | Mark Murray; Martin Quick; Joan Josey |

| | | |
|---|---|---|
| BCCRecipientAddresses | Contains the email addresses corresponding to the blind carbon copied recipients. This field can be extracted only from the emails stored in the Send folder of the sender. | mmurray@xyz.com; mquick@xyz.com; jjosey@xyz.com |
| BCCRecipientAddresses | Contains the names corresponding to the blind carbon copied recipients. This field can be extracted only from the emails stored in the Send folder of the sender. | Mark Pitt; Martin Quick; Joan Josey |
| SenderAddress | Contains the email address corresponding to the sender. | John.Smith@abc.net |
| SenderName | Contains the name corresponding to the sender. | John Smith ; Smith, John |
| Revision number | Indicates the number of revisions the document contain. | 5 |
| Volume | User created volume name. | VOL001 |
| SHA1Hash | SHA1 is a cryptographic hash function. It's result is usually expressed as a 160 bit hex number. | |
| Word Revisions | Document contains revisions. | Y for flags that are "on" and blank for flags that are "off". |
| Word Comments | Word document contains comments. | Y for flags that are "on" and blank for flags that are "off". |
| Word Hidden Text | Word document containds hidden text. | Y for flags that are "on" and blank for flags that are "off". |
| Excel Hidden Rows | Excel document contains hidden rows. | Y for flags that are "on" and blank for flags that are "off". |
| Excel Hidden Columns | Excel document contains hidden columns. | Y for flags that are "on" and blank for flags that are "off". |
| Excel Hidden Worksheets | Excel document contains hidden worksheets. | Y for flags that are "on" and blank for flags that are "off". |
| Excel Very Hidden Worksheets | Excel document has very hidden worksheets. | Y for flags that are "on" and blank for flags that are "off". |
| Excel Comments | Excel document contains comments. | Y for flags that are "on" and blank for flags that are "off". |
| Power Point Hidden Slides | PowerPoint document contains hidden slides. | Y for flags that are "on" and blank for flags that are "off". |
| Power Point Speaker Notes | PowerPoint document contains speaker notes. | Y for flags that are "on" and blank for flags that are "off". |
| EXPORTED_TEXT_FILES | Contains the path to the exported extracted text files when the option, Export document text as single file, is selected in the first export screen. The value of this field will be affected if the Replace the export path with the following drive letter/path field is populated (located in last Export screen). This field cannot be used for a Group field and is not available for endorsements. | |
| TIMEZONEPROCESSED | The time zone the document was processed in. NOTE: This should be the time zone where the documents were located at time of collection. | PST, CST, EST, etc |
| FULLTEXT | The path to the full extracted text of the document. There should be a folder on the deliverable, containing a separate Unicode text file per document. These text files should be named with their bates numbers. NOTE: E-mails should include header information, author, recipient, cc, bcc, date, subject, etc. If the attachment or e-file doesnot extract any text, then OCR for the document should be provided. | D:\TEXT\ABC000001.txt |
| In-Reply-To | Identifes the Message ID of email to which the email referencing is a reply to. | 21C71ED49D7C184E8FEEBBEDAAE9B93F0D7A35E31A@XYZ.com |

| Reference | Identifies the Message ID of emails to which the email referencing is a part of the email thread. May contain multiple Message IDs. | <21C71ED49D7C184E8FEE BBEDAAE9B93F0D7A35E31 A@XYZ.com> <21C71ED49D7C184E8FEE BBEDAAE9B93F0D7A35E31 A@XYZ.com> |
|---|---|---|