IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN ARRINGTON, DEREK OWENS, ANGELA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated, | Case No. 11-cv-06356 |
| Plaintiffs, | Judge John Z. Lee |
| v. | Magistrate Judge Brown |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | JURY DEMAND |
| Defendant. | |

**DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant National Collegiate Athletic Association ("NCAA") hereby moves for an unopposed extension of time in which to file its answer or otherwise plead in response to Plaintiffs' Second Amended Class Action Complaint (Dkt. 124), through and including March 21, 2013 (the "Motion"). In support of its Motion, the NCAA states as follows:

1. On February 12, 2013, Plaintiffs filed their Unopposed Motion for Leave to File the Second Amended Consolidated Complaint ("Motion for Leave") (Dkt. 121). The NCAA did not oppose this motion. *See* Motion for Leave, ¶2.

2. The date for the NCAA to answer or otherwise respond to the Second Amended Class Action Complaint (the "SAC") was March 4, 2013. On February 20, 2013, the NCAA filed an Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead In Response To Plaintiffs' Second Amended Class Action Complaint, requesting that this Court grant it an additional two weeks to answer the SAC. *See* Dkt. 125. This Court granted the NCAA's motion on February 21, 2013. Dkt. 129. Per that order, the date for the NCAA to answer or otherwise respond to the Second Amended Class Action Complaint currently is March 18, 2013

3. The Corrected Consolidated Class Action Complaint, filed November 21, 2011, contained 158 paragraphs, spanning 41 pages. *See* Dkt. 25. Plaintiffs' Second Amended Class Action Complaint, however, contains 303 paragraphs spanning 97 pages. *See* Dkt. 124.

4. Good cause under Fed. R. Civ. P. 6(b)(1) exists for the requested, agreed extension, and this Motion is not brought for purposes of delay.

WHEREFORE, the NCAA respectfully requests that this Court (i) grant this Motion; (ii) grant an extension allowing the NCAA to answer or otherwise respond to the Second Amended Class Action Complaint on or before March 21, 2013; and (iii) grant any further relief that this Court deems just and proper under the circumstances.

DATED: March 18, 2013                    Respectfully submitted,

/s/ Johanna M. Spellman

One of the Attorneys for Defendant
Sean M. Berkowitz
Mark S. Mester
Johanna M. Spellman
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

J. Christian Word
LATHAM & WATKINS LLP
555 11th Street NW, Ste. 1000
Washington, D.C. 20004-1304
christian.word@lw.com