IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN ARRINGTON, DEREK OWENS, ANGELICA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>                            Defendant. | Case No. 11-cv-06356<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown<br><br>**JURY DEMAND** |

## PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL PAGES

Plaintiffs, as their Unopposed Motion for Additional Pages, state the following:

1. Under the schedule entered by the Court, Plaintiffs' opening Motion for Class Certification is due on June 19, 2013. Dkt. # 164. Defendant's response in opposition to class certification is due on August 14, 2013, with Plaintiffs' reply due by September 25, 2013. *Id.*

2. Under Local Rule 7.1, briefs are limited to 15 pages:

> Neither a brief in support of or in opposition to any motion nor objections to a report and recommendation or order of a magistrate judge or special master shall exceed 15 pages without prior approval of the court. Briefs that exceed the 15 page limit must have a table of contents with the pages noted and a table of cases. Any brief or objection that does not comply with this rule shall be filed subject to being stricken by the court.

N.D. Ill. Loc. R. 7.1.

3. To appropriately address the multiple issues that will be raised by Plaintiffs' Motion for Class Certification, including the various factors that this Court must consider under Rule 23(a) and (b) in making a class certification determination, Plaintiffs request leave to file a Memorandum of Law in support of that motion not to exceed 50 pages.

1

4. On June 7, 2013, counsel for Plaintiff (Daniel Kurowski) reached out to counsel for Defendant (Johanna Spellman) to determine whether Defendant would agree to the following page limits for class certification briefing:

   a. Plaintiffs' opening Memorandum of Law in support of class certification: Not to exceed fifty (50) pages;

   b. Defendant's Memorandum of Law in opposition of class certification: Not to exceed fifty (50) pages; and

   c. Plaintiffs' reply in support of their Motion for Class Certification: Not to exceed twenty-five (25) pages.

That same day, counsel for Defendant indicated Defendant's agreement to these page limits for the parties' class certification briefs.

5. Accordingly, for the reasons provided above, and for good cause shown, Plaintiffs request this Court grant their motion and enter an order granting Plaintiffs' leave to file a Memorandum of Law not to exceed 50 pages, with Defendant's Memorandum of Law in opposition not to exceed 50 Pages, and Plaintiffs' reply in support of their Motion for Class Certification not to exceed 25 pages.

Dated: June 10, 2013                    Respectfully submitted,


                                        By: /s/ Daniel J. Kurowski
                                        Elizabeth A. Fegan
                                        beth@hbsslaw.com
                                        Daniel J. Kurowski
                                        dank@hbsslaw.com
                                        Thomas E. Ahlering
                                        toma@hbsslaw.com
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        1144 W. Lake Street, Suite 400
                                        Oak Park, IL 60301
                                        708.628.4949
                                        Fax: 708.628.4950

                                        Steve W. Berman
                                        steve@hbsslaw.com
                                        Nick Styant-Browne
                                        nick@hbsslaw.com
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        1918 Eighth Avenue, Suite 3300
                                        Seattle, WA 98101
                                        206.623.7292
                                        Fax: 206.623.0594

                                        Joseph J. Siprut
                                        jsiprut@siprut.com
                                        Aleksandra M. S. Vold
                                        avold@siprut.com
                                        SIPRUT PC
                                        17 N. State Street, Suite 1600
                                        Chicago, Illinois 60602
                                        312.236.0000
                                        Fax: 312.948.9212

                                        *Interim Plaintiffs' Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 10th day of June, 2013, a true and correct copy of the above and foregoing was served by electronic mail upon all attorneys of record.

/s/ Daniel J. Kurowski