UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN ARRINGTON, DEREK OWENS, ANGELICA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 11-cv-06356<br><br>Hon. John Z. Lee<br><br>Magistrate Judge Brown<br><br>**JURY DEMAND** |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Fed. R. Civ. P. 23, Plaintiffs respectfully submit this Motion for Class Certification ("Motion"). Plaintiffs Arrington, Owens, and Palacios request that the Court certify the following **Negligence/Medical-Monitoring Class** under Rule 23(b)(2), consisting of individuals who meet the following definition:

> All present or former students listed on a college team roster in the contact sports of football, wrestling, basketball, field hockey, ice hockey, lacrosse, or soccer, at any NCAA institution in any of 18 jurisdictions[1] during the period 2004 through the present.

This Rule 23(b)(2) class should be certified to assert a negligence claim for medical-monitoring relief. Plaintiffs move the Court to designate Adrian Arrington, Derek Owens, and Angelica Palacios as representatives of this Negligence/Medical Monitoring Class, and appoint their attorneys as class counsel.

---

[1] Arizona, Arkansas, California, Colorado, District of Columbia, Florida, Illinois, Indiana, Maryland, Massachusetts, Missouri, Montana, New Jersey, New York, Ohio, Pennsylvania, Utah, and West Virginia.

- 1 -

This class also has the following proposed **Negligence/Medical-Monitoring Special-Relationship Subclass**: Those members of the Negligence/Medical-Monitoring Class who do not/did not attend college in Illinois. Plaintiffs move the Court to designate Derek Owens and Angelica Palacios as representatives of this subclass.

Plaintiffs also request that the Court certify under Rule 23(b)(3) and (c)(4) the following **Core-Issues Class** of individuals in any of the 50 states or the District of Columbia who meet the following definition:

> All present or former students listed on a college team roster at any NCAA institution during the period 2004 through the present who participated in the contact sports of football, wrestling, basketball, field hockey, ice hockey, lacrosse, or soccer.

Certification is sought for this class under Rule 23(b)(3) and (c)(4) on these core issues:

- whether the NCAA owed a duty to safeguard student-athletes during their participation in NCAA-sanctioned sports activities;

- if so, whether this duty required the NCAA to promulgate and enforce best-practices concussion-management standards;

- if so, what are the appropriate best-practices concussion-management standards; and

- whether the NCAA negligently failed to promulgate and enforce appropriate best-practices concussion-management standards;

Plaintiffs also move the Court to designate Adrian Arrington, Derek Owens, Angelica Palacios, and Kyle Solomon as the Representatives of this Rule 23(b)(3) and (c)(4) Core-Issues Class, and appoint their attorneys as class counsel.

This class also has the following proposed **Core-Issues Special-Relationship Subclass**: Those members of the Core-Issues Class who do not/did not attend college in Delaware, Illinois, Kansas, Louisiana, Maine, South Carolina, South Dakota, or Wisconsin. Plaintiffs move the Court to designate Derek Owens and Angelica Palacios as representatives of this subclass.

Plaintiffs ask for oral argument on their Motion. This Motion is supported by the following:

1. Plaintiffs' Memorandum in Support of Motion for Class Certification.

2. Plaintiffs' Proposed Trial Plan for Trial of Class Claims, and all exhibits thereto.

3. The Report of Robert C. Cantu.

4. Plaintiffs' Proffer of Common Facts in Support of Motion for Class Certification.

5. Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Class Certification and all exhibits thereto.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Class Certification and the relief requested herein.

Date:   July 19, 2013

Respectfully submitted,

ADRIAN ARRINGTON, DEREK OWENS, ANGELICA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated


By: /s/ Steve W. Berman
       Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
206.623.7292
Fax: 206.623.0594


By: /s/ Joseph J. Siprut
Joseph J. Siprut
*jsiprut@siprut.com*
Aleksandra M. S. Vold
*avold@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, IL  60602
312.236.0000
Fax: 312.878.1342

Elizabeth A. Fegan
*beth@hbsslaw.com*
Daniel J. Kurowski
*dank@hbsslaw.com*
Thomas Ahlering
*toma@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake Street, Suite 400
Oak Park, IL  60301
708.628.4949
Fax: 708.628.4950

*Interim Plaintiffs' Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 19, 2013, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

By: /s/ Steve W. Berman
Steve W. Berman