**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADRIAN ARRINGTON, DEREK OWENS, ANGELICA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated, | Case No. 11-cv-06356 |
| | Judge John Z. Lee |
| Plaintiffs, | Magistrate Judge Brown |
| v. | **JURY DEMAND** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| Defendant. | |

**DECLARATION OF STEVE W. BERMAN
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Steve W. Berman, declare as follows:

1.      I am the Managing Partner and founder of Hagens Berman Sobol Shapiro LLP,

Lead Counsel for Plaintiffs in the above captioned case.  I am primarily responsible for

prosecuting this matter.  I have full knowledge of the matters stated herein and could and would

testify hereto.

2.      Non-confidential documents are publicly filed as attachments beginning at

Exhibit 1.  Confidential documents are filed under seal as attachments to the Berman Declaration

beginning at Exhibit 200.

3.    Attached are true and correct copies of the following non-confidential documents:

| Ex. | Bates Numbers | Document |
|---|---|---|
| 1 | n/a | *ESPN, Concussions in Sports* (updated Jan. 10, 2013 11:32 AM), http://espn.go.com/nfl/topics/_/page/concussions (last accessed June 15, 2013) |
| 2 | n/a | *Expert: Bench Youths After Concussions*, ASSOCIATED PRESS (Feb.1, 2010), http://sports.espn.go.com/ncf/news/story?id=4877480 (last accessed June 13, 2013) |
| 3 | n/a | *NCAA Authority to Act*, NCAA.com (last updated July 23, 2012 12:14 GMT), http://www.ncaa.com/news/football/ article/2012-07-23/ncaa-authority-act (last accessed June 13, 2013) |
| 4 | n/a | *Health and Safety Overview*, NCAA.org http://www.ncaa.org/wps/wcm/connect/public/ncaa/Healt h+and+Safety/index.html (last accessed July 10, 2013) |
| 5 | n/a | *History*, NCAA.org, http://www.ncaa.org/wps/ wcm/connect/public/ncaa/about+the+ncaa/history (last updated Aug. 13, 2012) |
| 6 | n/a | *Playing Rules Overview*, NCAA.org (last updated Sept. 28, 2010 http://web.archive.org/web/20120705172330/https:// www.ncaa.org/wps/wcm/connect/public/test/issues/playin g+rules+overview (last accessed July 10, 2013) |
| 7 | n/a | *Frequently Asked Questions*, NCAA.org (last updated Aug. 27, 2012) http://www.ncaa. org/wps/wcm/connect/public/NCAA/Health+and+Safety/ Sports+Injuries/ (expanding "How does it help prevent sports injuries?" in *Frequently Asked Questions*) (last accessed July 10, 2013) |
| 8 | n/a | *Sports Injuries*, NCAA.org (last updated Aug. 27, 2012) http://www.ncaa.org/wps/wcm/connect/public/NCAA/ Health+and+Safety/Sports+Injuries (last accessed July 10, 2013) |
| 9 | n/a | *2012-13 NCAA Sports Medicine Handbook, available at* http://www.ncaapublications.com (last accessed July 10, 2013) (excerpted pages only) |

| Ex. | Bates Numbers | Document |
|---|---|---|
| 10 | n/a | NCAA Constitution, *available at* http://www.ncaapublications.com (last accessed July 10, 2013) (excerpted pages only) |
| 11 | n/a | Gary Brown, *Executive Committee OKs Concussion Management Policy*, THE NCAA NEWS (Apr. 29, 2010 7:09:16 PM) http://web.archive.org/web/20101205112254/ http://www.ncaa.org/wps/portal/ncaahome?WCM_GLOB AL_CONTEXT=/ncaa/NCAA/NCAA+News/NCAA+Ne ws+Online/2010/Association-wide/Executive+Committee+OKs+ concussion+management+policy_04_29_10_ncaanews (last accessed June 13, 2013) |
| 12 | n/a | Press Release, NFL, *NFL Adopts Stricter Statement on Return-To-Play Following Concussions* (Dec. 2, 2009), *available at* http://www.nflevolution.com/wordpress/wp-content/uploads/2012/08/nfl_adopts_stricter_statement_o n_return-to-play_following_concussions-508.pdf (last accessed July 10, 2013) |
| 13 | n/a | Complaint, *Plevretes v. La Salle Univ.*, Civil No. 071004973 (Pa. C.P.) (Nov. 2, 2007) |
| 14 | n/a | *La Salle Settles Injured Player's Lawsuit*, ASSOCIATED PRESS (updated Nov. 30, 2009), http://sports.espn.go.com/ncf/news/story?id=4700355 (last accessed June 10, 2013) |
| 15 | n/a | *Preston Plevretes: Link Between Football Concussions and Brain Damage All Too Clear in Former Player*, THE HUFFINGTON POST (First Posted: 03/18/10 06:12 AM ET Updated: 05/25/11 04:05 PM ET), http://www.huffingtonpost.com/2009/12/29/preston-plevretes-footbal_n_406474.html (last accessed July 10, 2013) |
| 16 | n/a | M. Aubry *et al.*, *Summary and Agreement Statement of the First International Conference on Concussion in Sport, Vienna 2001*, 36 BRIT. J. SPORTS MED. 6 (2002) |
| 17 | n/a | P. McCrory *et al.*, *Summary and Agreement Statement of the 2nd International Conference in Concussion in Sport, Prague 2004*, 39 Brit. J. SPORTS MED. 196 (2005) |

010270-11  624538 V1

| Ex. | Bates Numbers | Document |
|---|---|---|
| 18 | n/a | K.M. Guskiewicz *et al.*, *National Athletic Trainers' Association Position Statement: Management of Sport-Related Concussion*, 39 J. ATHLETIC TRAINING 280 (2004) |
| 19 | n/a | Floyd R. Eastwood, Purdue University, *Seventh Annual Report on Football Injuries and Fatalities: High School and College*, *in* PROCEEDINGS OF THE SEVENTEENTH ANNUAL MEETING OF THE AMERICAN FOOTBALL COACHES ASSOCIATION (Dec. 29, 1937), 25 (on file with the American Football Coaches Association) (excerpted pages only) |
| 20 | n/a | James Roscoe Day, Chancellor, Syracuse University, *The Function of College Athletics*, *in* PROCEEDINGS OF THE FOURTH ANNUAL CONVENTION OF THE INTERCOLLEGIATE ATHLETIC ASSOCIATION OF THE UNITED STATES (Dec. 28, 1909), 34, *available at* http://books.google.com/books (last accessed July 10, 2013) (excerpted pages only) |
| 21 | n/a | *Legal Issues Relating to Football Head Injuries (Part I & II): Hearings Before the Comm. on the Judiciary H.R.*, 111th Cong. 286, 288, 366 (Oct. 28, 2009 & Jan. 4, 2010) *available at* http://judiciary.house.gov/hearings/ printers/111th/111-82_53092.pdf (last accessed July 10, 2013) (excerpted pages only) |
| 22 | n/a | *Ron Courson Testimony at Congressional Forum*, THE NCAA NEWS (Feb. 23, 2010 8:55:55 AM), *available at* http://web.archive.org/web/20101205160842/http://www. ncaa.org/wps/portal/ncaahome?WCM_GLOBAL_CONT EXT=/ncaa/NCAA/NCAA+News/NCAA+News+Online/ 2010/Association-wide/Ron+Courson+testimony+at+Congressional+ forum_02_23_10_NCAA_News (last accessed July 10, 2013) |
| 23 | n/a | Transcript of Deposition of Derek Owens (Apr. 23, 2013), at 21:15-25, 102:14-23, 105:6-11, 120:10-14, 122:18-123:1, 149:7-8, 181:10, 183:24-184:4, 188:12-16, 188:23-189:13, 283:25-284:9, 284:8-9 |
| 24 | n/a | Transcript of Deposition of Adrian Arrington (Mar. 14, 2013), at 5:4-8, 12:7-8, 16:19-17:8, 20:2-8, 114:10-16, 116:15-22, 121:3-4, 121:3-13, 155:8-23, 168:4-20, 181:12-19, 181:21-182:9 |

| Ex. | Bates Numbers | Document |
|---|---|---|
| 25 | n/a | Transcript of Deposition of Angelica Palacios (Apr. 9, 2013), at 7:5-13, 8:9-18, 9:16-18, 32:3-15, 77:10-12, 83:9-23, 86:23-87:6, 91:14-19, 149:4-13 |
| 26 | n/a | Transcript of Deposition of David Klossner (Apr. 16, 2013), at 217:7-10 |
| 27 | n/a | Transcript of Deposition of David Klossner (Nov. 8, 2012), at 117:6-118:2; 119:16-22; 131:18-24, 176:15-23; 182:23-183:20 |
| 28 | n/a | Transcript of Deposition of Dennis Poppe (Apr. 3, 2013), at 145:16-18, 146:19-24, 165:22-24 |
| 29 | n/a | Transcript of Deposition of Joni Comstock (Apr. 22, 2013), at 32:9-23 |
| 30 | n/a | Transcript of Deposition of Keith E. Martin (July 24, 2013), at 24:1-11, 32:3-8, 34:1-12 (redacted at 34:25) |
| 31 | n/a | Transcript of Deposition of Kyle Solomon (Apr. 16, 2013), at 27:18-19, 69:20-23, 70:6-12, 83:11-14, 92:9-11, 112:9-19, 114:2-16, 124:3-9, 134:8-12, 139:21-24 , 139:19-24, 143:15-23, 143:7-145:7, 144:5-8, 216:12-17 , 216:21-217:5, 236:2-7 |
| 32 | NCAA00001690-96 | Meeting Minutes, NCAA Sports Sciences Safety Subcommittee (Feb. 5-6, 1996) |
| 33 | NCAA00001729-37 | *Head and Neck Injuries in Sports*, E.F. Hoerner, ed. (1994) |
| 34 | NCAA00001760-61 | Letter from Kenneth M. Viste, President, American Academy of Neurology, et al., to Cedrick Dempsy, Executive Director, NCAA |
| 35 | NCAA00001808-11 | Memo from G. Dennis Wilson, Chair, NCAA Committee on Competitive Safeguards and Medical Aspects of Sports, to the NCAA President's Commission Committee on Sportsmanship and Ethical Conduct in Intercollegiate Athletics (July 13, 2005) |
| 36 | NCAA00002087-94 | Letter from William F. Arnet, Chair, NCAA Committee on Competitive Safeguards and Medical Aspects of Sports, to Dr. Michael McCray, Waukesha Memorial Hospital, Counseling Center (Oct. 29, 1998) |

| Ex. | Bates Numbers | Document |
|---|---|---|
| 37 | NCAA00002095-97 | Letter from Jeffrey T. Barth, Ph.D., Chief, Division of Medical Psychology/Neuropsychology, University of Virginia Health System, to Randall Dick, Senior Assistant Director of Sports Medicine, NCAA (Jan. 6, 1996) |
| 38 | NCAA00002135 | Memo from Randall Dick, Assistant Director of Sports Sciences, NCAA, to the NCAA Sports Sciences Safety Subcommittee (Jan. 7, 1999) |
| 39 | NCAA00002629-42 | Letter from Kevin Hogan, President and CEO, SoccerDocs, Inc., to Ann Brown, Chairman, U.S. Consumer Protection Agency (May 15, 2000), at NCAA00002632-35 |
| 40 | NCAA00002757-67 | Letter from Brian Halpern, M.D., Past President of the American Medical Society for Sports Medicine, to Kristin Fasbender, Assistant Director of Championships, NCAA (Nov. 12, 2002), at NCAA00002757-58 |
| 41 | NCAA00002934-61 | NCAA, *Injury Surveillance System: Football 2005-06* |
| 42 | NCAA00002962-80 | NCAA, *Injury Surveillance System: Men's Ice Hockey 2005-06* |
| 43 | NCAA00003000-19 | NCAA, *Injury Surveillance System: Men's Soccer 2005-06* |
| 44 | NCAA00003042-44 | *Injury Surveillance System Results Available for Fall 2004 Sports*, THE NCAA NEWS (Feb. 18, 2005) |
| 45 | NCAA00003045-47 | *Injury Surveillance System Results Available for Winter Sports*, THE NCAA NEWS (May 23, 2005) |
| 46 | NCAA00003351-59 | Randall Dick et al., *Descriptive Epidemiology of Collegiate Men's Basketball Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 194 (2007) |
| 47 | NCAA00003370-80 | Randall Dick et al., *Descriptive Epidemiology of Collegiate Women's Field Hockey Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2002-2003*, 42 J. OF ATHLETIC TRAINING 211 (2007) |

| Ex. | Bates Numbers | Document |
|-----|---------------|----------|
| 48 | NCAA00003381-94 | Randall Dick et al., *Descriptive Epidemiology of Collegiate Men's Football Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 221 (2007) |
| 49 | NCAA00003395-402 | Stephen W. Marshall et al., *Descriptive Epidemiology of Collegiate Women's Gymnastics Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 234 (2007) |
| 50 | NCAA00003403-11 | Julie Agel et al., *Descriptive Epidemiology of Collegiate Men's Ice Hockey Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 241 (2007) |
| 51 | NCAA00003412-18 | Julie Agel et al., *Descriptive Epidemiology of Collegiate Women's Ice Hockey Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 249 (2007) |
| 52 | NCAA00003419-26 | Randall Dick et al., *Descriptive Epidemiology of Collegiate Men's Lacrosse Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 255 (2007) |
| 53 | NCAA00003427-35 | Randall Dick et al., *Descriptive Epidemiology of Collegiate Women's Lacrosse Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 262 (2007) |
| 54 | NCAA00003436-44 | Julie Agel et al., *Descriptive Epidemiology of Collegiate Men's Soccer Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2002-2003*, 42 J. OF ATHLETIC TRAINING 270 (2007) |
| 55 | NCAA00003445-53 | Randall Dick et al., *Descriptive Epidemiology of Collegiate Women's Soccer Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2002-2003*, 42 J. OF ATHLETIC TRAINING 278 (2007) |

| Ex. | Bates Numbers | Document |
|-----|---------------|----------|
| 56 | NCAA00003454-63 | Stephen W. Marshall et al., *Descriptive Epidemiology of Collegiate Women's Softball Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 286 (2007) |
| 57 | NCAA00003464-72 | Julie Agel et al., *Descriptive Epidemiology of Collegiate Women's Volleyball Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 295 (2007) |
| 58 | NCAA00003473-81 | Randall Dick et al., *Descriptive Epidemiology of Collegiate Men's Wrestling Injuries: National Athletic Association Injury Surveillance System, 1988-1989 Through 2003-2004*, 42 J. OF ATHLETIC TRAINING 303 (2007) |
| 59 | NCAA00003842-73 | Email from Frederick Mueller, University of North Carolina, to David Klossner, Director of Health and Safety, NCAA (Apr. 6, 2009); *Annual Survey of Catastrophic Football Injuries: 1997-2008* |
| 60 | NCAA00003907-08 | Email from Tanya L. Miller, Associate Athletic Trainer, Elizabethtown College, to Debra Runkle, Chair, Committee on Competitive Safeguards and Medical Aspects of Sports, NCAA (Oct. 16, 2009) |
| 61 | NCAA00004054-62 | Meeting Minutes, NCAA Committee on Competitive Safeguards and Medical Aspects of Sports (Dec. 13-15, 2009) |
| 62 | NCAA00006892, NCAA00006946-48 | *2002-03 NCAA Sports Medicine Handbook* (excerpted pages only) |
| 63 | NCAA00007589-90 | *2011-12 NCAA Sports Medicine Handbook* (excerpted pages only) |
| 64 | NCAA00007837-44 | Michael McCrea et al., *Acute Effects and Recovery Time Following Concussion in Collegiate Football Players: The NCAA Concussion Study*, 290 JAMA 2556 (2003) |
| 65 | NCAA00007854 | *NCAA Approach to Concussions*, NCAA.org (Jan. 8, 2010) |
| 66 | NCAA00007909-15 | Kevin M. Kuskiewicz et al., *Cumulative Effects Associated With Recurrent Concussion in Collegiate Football Players: The NCAA Concussion Study*, 290 JAMA 2549 (2003) |

| Ex. | Bates Numbers | Document |
|---|---|---|
| 67 | NCAA00007931-32 | *Concussion: A Fact Sheet for Coaches* |
| 68 | NCAA00007936 | *Concussion: A Fact Sheet for Student-Athletes* |
| 69 | NCAA00007962-63 | Meeting Agenda, NCAA Concussion in Sports Collegiate Medical Summit (Apr. 9, 2010) |
| 70 | NCAA00007964-66 | *Concussions in NCAA from 2004-2009* |
| 71 | NCAA00007980-82 | *Policy and Best Practice Outcomes from the Concussion in Sports Collegiate Medical Summit and Committee on Competitive Safeguards and Medical Aspects of Sports, Draft 04/16/2010* |
| 72 | NCAA00014046-47 | Memo from Debra Runkle, Chair, NCAA Committee on Competitive Safeguards and Medical Aspects of Sports, to Head Athletic Trainers of NCAA Institutions (Apr. 6, 2010) |
| 73 | NCAA00014396-401 | Meeting Minutes, NCAA Sports Sciences Safety Subcommittee (Jan. 26-27, 1998) |
| 74 | NCAA00014606-09 | Draft article written by Jack Copeland (undated) |
| 75 | NCAA00014621-27 | Kelly Sarmiento et al., *Evaluation of the Centers for Disease Control and Prevention's Concussion Initiative for High School Coaches: "Heads Up: Concussion in High School Sports,"* 80 J. SCHOOL HEALTH 112 (2010) |
| 76 | NCAA00014749-57 | *Policy and Best Practice Outcomes from the Concussion in Sports Collegiate Medical Summit and Committee on Competitive Safeguards and Medical Aspects of Sports, Draft 04/12/2010*; *Draft Best Practices for a Concussion Management Plan for All NCAA Institutions*; *Sample Frequently Asked Questions* |
| 77 | NCAA00014766-67 | Email from David Klossner, Director of Health and Safety, NCAA, to Mary Wilfert, Associate Director of Health and Safety, NCAA, et al. (Mar. 10, 2010) |
| 78 | NCAA00014890-94 | Letter from James L. Isch, Interim President, NCAA, to John Conyers, Chairman, Committee on the Judiciary, U.S. House of Representatives (Oct. 27, 2009) |
| 79 | NCAA00015153-54 | *Concussion: A Fact Sheet for Student-Athletes* (draft) |
| 80 | NCAA00016590, NCAA00016592, NCAA00016594, NCAA00016644-45 | *2010-11 NCAA Sports Medicine Handbook* (excerpted pages only) |

| Ex. | Bates Numbers | Document |
|---|---|---|
| 81 | NCAA00017141, NCAA00017195-97 | *2003-04 NCAA Sports Medicine Handbook* (excerpted pages only) |
| 82 | NCAA00019595-602 | *Health-Safety Language in NCAA Playing Rules: Concussions* |
| 83 | NCAA10010876-79 | *Report of the NCAA Committee on Competitive Safeguards and Medical Aspects of Sports* |
| 84 | NCAA10011982-84 | Email from Dean Crowell, Assistant Football Athletic Director, University of Georgia, to Charles R. Thompson, Princeton University, et al. (Dec. 16, 2009) |
| 85 | NCAA10014738-39 | Email from David Klossner, Director of Health and Safety, NCAA, to Mary Wilfert, Associate Director of Health and Safety, NCAA, et al. (Jan. 14, 2010) |
| 86 | NCAA10014886-87 | Email from David Klossner, Director of Health and Safety, NCAA, to Mary Wilfert, Associate Director of Health and Safety, NCAA, et al. (Oct. 18, 2010) |
| 87 | NCAA10015556-59 | Email from Chris Strobel, Director of Enforcement for Secondary Infractions, NCAA, to David Klossner, Director of Health and Safety, NCAA (Oct. 4, 2010) |
| 88 | NCAA10015560-61 | Email from David Klosser, Directory of Health & Safety, NCAA, to Timothy L. Neal, Assistant Director of Athletics and Sports Medicine, Syracuse University (Apr. 28, 2010) |
| 89 | NCAA10016226-29 | Email from Ty Halpin, Associate Director of Playing Rules Administration, NCAA, to David Klossner, Director of Health and Safety, NCAA (Jan. 14, 2010) |
| 90 | NCAA10019827-31 | Email from David Klossner, Director of Health and Safety, NCAA, to Ruben Echemendia, Past President, National Academy of Neuropsychology (July 8, 2010) |
| 91 | NCAA10023685-86 | Email from David Klossner, Director of Health and Safety, NCAA, to Rickey Hamilton, Division III student-athlete (Apr. 17, 2008) |
| 92 | NCAA10025935-39 | Email from David Klossner, Director of Health and Safety, NCAA, to Abe Frank, Managing Director of Government Relations, NCAA (Feb. 23, 2010) |
| 93 | NCAA10028800-02 | Meeting Minutes, NCAA Concussion Working Group (Feb. 24, 2010) |

| Ex. | Bates Numbers | Document |
|---|---|---|
| 94 | NCAA10029036-38 | Email from David Klossner, Director of Health and Safety, NCAA, to Margot Putukian, Princeton University, et al. (Mar. 10, 2010) |
| 95 | NCAA10029172-75 | Email from Ty Halpin Associate Director of Playing Rules Administration, NCAA, to Nicole M. Bracken, Associate Director of Research, NCAA (Jan. 28, 2010) |
| 96 | NCAA10032224-25 | Email from David Klossner, Director of Health and Safety, NCAA, to Edgar Burch, Assistant Director of Government Relations, NCAA, et al. (Feb. 1, 2010) |
| 97 | NCAA10034999-5005 | Email from David Klossner, Director of Health and Safety, NCAA, to Dan Dutcher, Vice-President, NCAA Division III (Feb. 22, 2011) |
| 98 | NCAA10041322-25 | Email from David Klossner, Director of Health and Safety, NCAA, to Chris Radford, Assistant Director of Public and Media Relations, NCAA, et al. (Apr. 21, 2010) |
| 99 | NCAA10042565-66 | Email from David Klossner, Director of Health and Safety, NCAA, to Dennie Poppe, Vice President of Football and Baseball, NCAA (Jan. 6, 2010) |
| 100 | NCAA10043936-37 | Email from Charles R. Thompson, Princeton University, to Dean Crowell, Assistant Football Athletic Director, University of Georgia, et al. (Dec. 15, 2009) |
| 101 | NCAA10054370-74 | Email from David Klossner, Director of Health and Safety, NCAA, to Ambrose Jones, III, Bryan School of Business and Economics, et al. (Aug. 15, 2011) |
| 102 | NCAA10054651-53 | Email from Teresa Smith, Assistant Director of Playing Rules Administration, NCAA, to Ty Halpin, Associate Director of Playing Rules Administration, NCAA, et al. (Jan. 29, 2010) |
| 103 | NCAA10055897 | Email from David Klossner, Director of Health and Safety, NCAA, to Mary Wilfert, Associate Director of Health and Safety, NCAA (Oct. 27, 2011) |
| 104 | NCAA10056395 | Email from David Klossner, Director of Health and Safety, NCAA, to Kevin Guskiewicz et al. (Apr. 1, 2010) |
| 105 | NCAA10056396-99 | Meeting preparation notes |
| 106 | NCAA10056400-12 | *Concussion Management Plan for the Collegiate Student-Athlete* (draft) |

| Ex. | Bates Numbers | Document |
|-----|---------------|----------|
| 107 | NCAA10056413-37 | *Concussion Reading List* and excerpts from cited materials |
| 108 | NCAA10065087-89 | Email from Teresa Smith, Assistant Director of Playing Rules Administration, NCAA, to Ty Halpin, Associate Director of Playing Rules Administration, NCAA (Dec. 15, 2009) |
| 109 | NCAA10068879-922 | Presentation, *Concussion in Sports Collegiate Medical Summit* (Apr. 9, 2010) |
| 110 | NCAA10069320-21 | Email from Mary Wilfert to David Klossner, Director of Health and Safety, NCAA, et al. (Feb. 23, 2011) |
| 111 | NCAA10069971-74 | Email from Adam Shunk, Sport and Performance Neuropsychologist, St. Vincent Sports Performance Center, to David Klossner, Director of Health and Safety, NCAA (Mar. 4, 2010) |
| 112 | NCAA10071591-97 | Email from Jennifer M. Hootman to David Klossner, Director of Health and Safety, NCAA (Apr. 30, 2010) |
| 113 | NCAA10075934-36 | Email from David Klossner, Director of Health and Safety, NCAA, to Abe Frank et al. (Dec. 7, 2009) |
| 114 | NCAA10080215-21 | Meeting Minutes, NCAA Playing Rules Oversight Panel (Jan. 13, 2010) |
| 115 | NCAA10083762-63 | Email from Rachel Seewald to Ty Halpin, Associate Director of Playing Rules Administration, NCAA et al. (Jan. 29, 2010) |
| 116 | NCAA10089308 | Meeting preparation notes |
| 117 | NCAA10101404-409 | *Concussion Summit 04-09-10* |
| 118 | NCAA10104397-98 | Email from Klossner, Assistant Director of Education Outreach, NCAA, to Mary Wilfert, Assistant Director of Education Outreach, NCAA (Dec. 1, 2003) |
| 119 | NCAA10104399-400 | David Klossner, Assistant Director of Education Outreach, NCAA, revisions to news article (Dec. 1, 2003) |
| 120 | NCAA10104401-02 | News article sent to David Klossner, Assistant Director of Education Outreach, NCAA, for review (Nov. 26, 2003) |
| 121 | NCAA10107716-19 | *NCAA Injury Surveillance Program* (June 1, 2010) |
| 122 | NCAA10139563, NCAA10139602-05 | *1994-95 NCAA Sports Medicine Handbook* (excerpted pages only) |

010270-11  624538 V1

| Ex. | Bates Numbers | Document |
|---|---|---|
| 123 | NCAA10139639, NCAA10139678-81 | *1995-96 NCAA Sports Medicine Handbook* (excerpted pages only) |
| 124 | NCAA10139719, NCAA10139758-61 | *1996-97 NCAA Sports Medicine Handbook* (excerpted pages only) |
| 125 | NCAA10140071, NCAA10140116-19 | *1997-98 NCAA Sports Medicine Handbook* (excerpted pages only) |
| 126 | NCAA10140211-12 | Memo from Debra Runkle, Chair, NCAA Committee on Competitive Safeguards and Medical Aspects of Sports, to NCAA Health Athletic Trainers (Apr. 30, 2010) |
| 127 | NCAA10140272 | Meeting Agenda, NCAA Concussion Group (July 12, 2010) |
| 128 | NCAA10140273 | Meeting Agenda, NCAA Concussion Group (May 26, 2010) |
| 129 | NCAA10140274 | Brainstorming list |
| 130 | NCAA10140278 | Brainstorming list |
| 131 | NCAAPLS000582-607 | Expert report of Michael W. Collins (July 20, 2009), *Plevretes v. La Salle Univ.*, Civil No. 071004973 (Pa. C.P.) |
| 132 | NCAAPLS000608-622 | Expert report of Scott L. Bruce (July 30, 2009), *Plevretes v. La Salle Univ.*, Civil No. 071004973 (Pa. C.P.) |
| 133 | SOLOMON-UMAINE0000060 | Letter from Peggy Crawford, Director of Student Financial Aid, University of Maine, to Kyle Solomon, Plaintiff (June 29, 2010) |
| 134 | UNCCH2227-2231 | NCAA, *National Collegiate Athletic Association Medical Handbook for Schools and Colleges* (1933) |
| 135 | n/a | Firm resume of Hagens Berman Sobol Shapiro LLP |
| 136 | n/a | Firm resume of Siprut, PC |
| 137 | n/a | Exhibit Not Used |
| 138 | n/a | Press Release, *National Federation of State High School Associations' "Concussion in Sports" Course* (Aug. 26, 2010), *available at* http://www.nfhs.org/content.aspx?id=4187 (last accessed July 16, 2013) |

| Ex. | Bates Numbers | Document |
|-----|---------------|----------|
| 139 | n/a | Memorandum and Order, *Plevretes v. La Salle Univ.*, Civil No. 07-5186 (E.D. Pa. Dec. 19, 2007) (citing *Plevretes* complaint at ¶¶ 37, 83), *available at* http://www.paed.uscourts.gov/documents/opinions/07D1500P.pdf (last accessed July 16, 2013) |
| 140 | NCAA10012557-58 | Email from David Klossner, Director of Health and Safety, NCAA, to Neila J. Buday, Head Athletic Trainer, Columbia University (June 29, 2010) |
| 141 | NCAA00011563-67 | *Report of the NCAA Committee on Competitive Safeguards and Medical Aspects of Sport (CSMAS)* (Dec. 18, 2009); Memo from Don Tencher, Chair, NCAA Playing Rules Oversight Panel, to Members of NCAA Rules Committees (Jan. 22, 2010) |
| 142 | NCAA10045422-24 | Email from David Klossner, Director of Health and Safety, NCAA, to Jeffrey Kutcher, Department of Neurology, University of Michigan, et al. (Apr. 1, 2010) |

4.      The following documents have been designated as confidential under the terms of

the protective order entered in this case and are filed under seal:

| Ex. | Bates Numbers | Document |
|-----|---------------|----------|
| 200 | NCAA00002079-86 | Meeting Minutes, NCAA Sports Sciences Safety Subcommittee (June 22-23, 1998) |
| 201 | NCAA00012194-204 | Letters relating to insurance coverage of former student-athlete (May 11, 2005 through Mar. 17, 2006) |
| 202 | NCAA00012206-08 | *NCAA Catastrophic Injury Insurance Program, Report to the Competitive Safeguards and Medical Aspects of Sport Committee, June 2005* |
| 203 | NCAA00014372-78 | Meeting Minutes, NCAA Sports Sciences Safety Subcommittee (Feb. 3-4, 1997) |
| 204 | NCAA00014668 | *Concussion Educational Materials Budget* |
| 205 | NCAA10117832-41 | Meeting Minutes, NCAA Sports Sciences Safety Subcommittee (Jan. 17-19, 1999) |
| 206 | NCAAPLS000557-68 | Expert report of Robert C. Cantu (July 21, 2009), *Plevretes v. La Salle Univ.*, Civil No. 071004973 (Pa. C.P.) |

I declare the foregoing is true and correct to the best of my ability.

July 19, 2013.

By:    /s/ Steve W. Berman
            Steve W. Berman

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on July 19, 2013, a true and correct copy of the foregoing document was filed via CM/ECF.   An unredacted copy, together with the confidential exhibits, has been filed under seal and copies thereof sent to counsel of record.

By:   /s/ Steve W. Berman
          Steve W. Berman

010270-11  624538 V1