# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Adrian Arrington, et al.

                          Plaintiff,

v.                                             Case No.: 1:11−cv−06356
                                                                    Honorable John Z. Lee

National Collegiate Athletic Association, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2014:

        MINUTE entry before the Honorable John Z. Lee: Pursuant to the notice of withdrawal filed on 2/18/14 [dkt. 209], Plaintiff−Intervenors' Motion to Intervene [dkt. 195] is stricken. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.