**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADRIAN ARRINGTON, DEREK OWENS, ANGELA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. 1: 11-cv-06356 |
| Plaintiff, | ) ) | Judge John Z. Lee |
| v. | ) ) | Magistrate Judge Brown |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE
OF GREGG M. BARBAKOFF AS ONE OF THE COUNSEL OF RECORD
<u>FOR PLAINTIFF ADRIAN ARRINGTON</u>**

Siprut PC, on behalf of Gregg M. Barbakoff, one of the attorneys of record for Plaintiffs, pursuant to Local Rule 83.17, hereby respectfully moves the Court for leave to withdraw his appearance as counsel of record for Plaintiff Adrian Arrington ("Mr. Arrington"). In support of this Motion, Siprut states the following:

1.     On June 9, 2015, Mr. Arrington advised Siprut PC that he no longer wished to be represented by Siprut PC in this matter.

2.     It is unclear at this time whether Mr. Arrington will continue to be involved in this matter or whether he will retain counsel to represent him.

3.     Notwithstanding Mr. Arrington's decision, the other named Plaintiffs in this matter will continue to be represented the law firms of Siprut PC and Hagens Berman Sobol Shapiro LLP.

WHEREFORE, Siprut, on behalf of Gregg M. Barbakoff, respectfully requests that this Court enter an order granting him leave to withdraw his appearance as one of the attorneys of record for Plaintiff.

Dated: June 10, 2015

Respectfully submitted,

ADRIAN ARRINGTON, DEREK OWENS, ANGELA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated,

By:_____
    One Of The Attorneys For Plaintiff
    And The Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.878.1342

Elizabeth A. Fegan
*beth@hbsslaw.com*
Daniel J. Kurowski
*dank@hbsslaw.com*
Thomas Ahlering
*toma@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, Illinois 60611
708.628.4949
Fax: 708.628.4950

*Plaintiffs' Co-Lead Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Motion For Leave To Withdraw Appearance Of Gregg M. Barbakoff As One Of The Counsel Of Record For Plaintiff Adrian Arrington** was filed on June 10, 2015, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

_____

Joseph J. Siprut

4826-7571-1780, v. 1