# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ADRIAN ARRINGTON, DEREK OWENS, ANGELA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) Case No. 1: 11-cv-06356 |
| Plaintiffs, | ) Judge John Z. Lee |
| v. | ) Magistrate Judge Brown |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | )<br>) |
| Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 17, 2015 at 9:00 a.m., the undersigned shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **Motion For Leave To Withdraw Appearance Of Joseph J. Siprut As One Of The Counsel Of Record For Plaintiff Adrian Arrington** and **Motion For Leave To Withdraw Appearance Of Gregg M. Barbakoff As One Of The Counsel Of Record For Plaintiff Adrian Arrington**.

Date: June 10, 2015

Respectfully submitted,

ADRIAN ARRINGTON, DEREK OWENS, ANGELA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated,

By:_____

One Of The Attorneys For Plaintiff
And The Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.878.1342

Elizabeth A. Fegan
*beth@hbsslaw.com*
Daniel J. Kurowski
*dank@hbsslaw.com*
Thomas Ahlering
*toma@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, Illinois 60611
708.628.4949
Fax: 708.628.4950

*Plaintiffs' Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was filed this June 10, 2015, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record in this action.

_____
Joseph J. Siprut

4851-2965-2502, v. 1