IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN ARRINGTON, <u>et</u> <u>al.</u>,<br><br>                                        Plaintiffs,<br>     v.<br><br>NATIONAL COLLEGIATE ATHLETIC<br>ASSOCIATION,<br><br>                                        Defendant. | Case No. 1:11-cv-06356<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT REGARDING STATUS OF
<u>DEREK OWENS AND KYLE SOLOMON CASES</u>**

Defendant National Collegiate Athletic Association (the "NCAA") and plaintiffs Derek Owens and Kyle Solomon (collectively, the "Parties"), by and through their counsel, and per Third Amended General Order 20-0012, dated April 24, 2020 (the "Order"), submit this Joint Status Report Regarding Status of the *Owens* and *Solomon* cases, and state as follows:

1.    The Parties completed expert discovery on January 14, 2020. Therefore, all discovery is complete.

2.    All briefing on any pending unresolved procedural motions has been completed and all motions have been decided.

3.    On March 3, 2020, Magistrate Judge Weisman entered an order, whereby he referred the cases back to the District Judge after the NCAA advised the Court that it was not interested in having a settlement conference at that time. To date, no further settlement discussions have taken place.

4.    The Parties agree on and propose the following revised dispositive motion schedule consistent with the Order:

|  | **Original Deadline** | **Revised Deadline** |
|---|---|---|
| Daubert Motions (Owens and Solomon cases) | April 24, 2020 | July 10, 2020 |
| Daubert Motion Responses (Owens and Solomon) | May 29, 2020 | August 14, 2020 |
| Replies (Owens and Solomon) | June 19, 2020 | September 4, 2020 |

Dated:  May 5, 2020

*/s/     LaKeisha C. Marsh*
*Counsel for Defendant*
*National Collegiate Athletic Association*

Dean A. Dickie
LaKeisha C. Marsh
Naim S. Surgeon
**AKERMAN LLP**
71 S. Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone:  (312) 634-5700
Facsimile:  (312) 424-1900
dean.dickie@akerman.com
lakeisha.marsh@akerman.com
naim.surgeon@akerman.com

Respectfully submitted,

*/s/     Daniel J. Kurowski*
*Counsel for Plaintiffs*

Daniel J. Kurowski
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com
dank@hbsslaw.com

2

## CERTIFICATE OF SERVICE

I, LaKeisha C. Marsh, certify that on May 5, 2020 a true and correct copy of the foregoing **Joint Status Report Regarding Status of Derek Owens and Kyle Solomon Cases** was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ LaKeisha C. Marsh*